UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENESIS 3 DESIGN GROUP, a Florida corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RONALD L. LACHER, an individual, *et al.*,<br><br>　　　　Defendants. | CASE NO. 09-CV-0791 JAH (BLM)<br><br>**ORDER EXTENDING TIME TO FILE SECOND AMENDED COMPLAINT** |

Having considered the joint motion of the parties, and for good cause shown,

**IT IS HEREBY ORDERED** that Plaintiff Genesis 3 Design Group shall have a twenty (20) day extension to file and serve a second amended complaint to permit the parties time to attempt to work out a settlement of this matter. A second amended complaint, therefore, must be filed on or before May 20, 2010.

DATED: April 29, 2010

_____
JOHN A. HOUSTON
United States District Judge

**[PROPOSED] ORDER TO EXTEND TIME TO FILE SECOND AMENDED COMPLAINT**

1